**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:24-mj-0551-EJY |
| vs. ) | |
| ) | **ORDER TO CLOSE THE CASE** |
| JOSE ANDRES GIL GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the pending Stipulation (ECF No. 9) of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Jose Andres Gil Gonzalez has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that the Stipulation to Close Case (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that the defendant is allowed to withdraw his guilty plea to count one and the that count one be amended to Reckless Driving.

IT IS FURTHER ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 30th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4